IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )

vs.                          )   CR. NO. 2:05cr104-A

RIGOBERTO MORALES-CRUZ       )

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge entered on July 15, 2005 (Doc. #62), the Recommendation is ADOPTED, and it is hereby

ORDERED that Defendant's Motion for Relief From Prejudicial Joinder is DENIED.

DONE this 29th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE